IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:15CR103** |
| Plaintiff, | |
| v. | **ORDER** |
| JOSHUA W. RODRIGUEZ, | |
| Defendant. | |

This matter is before the court pursuant to the mandate of the United States Court of Appeals for the Eighth Circuit. *See* Filing Nos. 47 and 48. The parties have 10 days from the date of this order to file a letter response as to how the court should proceed in this matter.

IT IS SO ORDERED.

Dated this 16th day of September, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge